**DAVIS & WOJCIK, APLC**
Robert A. Davis, Jr., State Bar No. 160357
Joseph M. Wojcik, State Bar No. 177296
Daniel A. Thompson, State Bar No. 276805
Rebecca O'Kray-Murphy, State Bar. 315518
Email: dan@dw.law
1001 E. Morton Place, Suite A
Hemet, California 92543
Telephone:  (951) 652-9000
Facsimile:   (951) 658-8308

Attorneys for Plaintiff,
JOHN GIDEON

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Vince M. Verde - CA Bar No. 202472
vince.verde@ogletree.com
Nicole A. Naleway - CA Bar No. 300701
nicole.naleway@ogletree.com
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorneys for Defendants, Ashley Distribution Services, LTD. and Ashley Furniture Industries, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIDEON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY DISTRIBUTION SERVICES, LTD., a Wisconsin Corporation; ASHLEY FURNITURE INDUSTRIES, INC. a Wisconsin Corporation; and DOES 1-10,<br><br>Defendants. | Case No. 5:20-cv-02258 DSF(AGRx)<br><br>**ORDER GRANTING JOINT STIPULATED PROTECTIVE ORDER**<br><br>(Action Removed November 9, 2020)<br><br>Trial Date: April 5, 2022 |

Order Granting Joint Stipulated Protective Order

Gideon v. Ashley Distribution Services., *et al*
Case No. 5:20-cv-02258 DSF(AGRx)

1

[ORDER]

The Court has reviewed the Joint Stipulated Protective Order entered into by Plaintiff John Gideon's ("Plaintiff") and Defendants Ashley Distribution Services, LTD and Ashley Furniture Industries, Inc. (collectively, "Defendants") and filed with this Court on May 17, 2021. It is hereby ordered the Joint Stipulated Protective Order be granted.

IT IS SO ORDERED

Dated: May 18, 2021

_____
Hon. Alicia G. Rosenberg
United States Magistrate Judge